...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR419-089 |
| ) | |
| MICHAEL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION

On June 4, 2019, the Court ordered a forensic psychological examination of defendant Michael Williams, in accordance with 18 U.S.C. § 4241(a) and (b), to assess his mental competency and his ability to understand the proceedings against him or to properly assist in the defense of the pending charges. Doc. 19. He has since had a comprehensive psychological evaluation at the Federal Correctional Institution in Butner, North Carolina. Doc. 21. His evaluators found that he is competent to stand trial and was sane at the time of the offense. Doc. 21 at 7–9. Neither the Government nor defendant objected to the contents or findings of the forensic evaluation.

A competency hearing was held on September 11, 2019. Though represented by counsel, Williams requested and was granted an

opportunity to address the Court directly.[1]  In addressing the Court, Williams appeared to understand the nature of the proceedings, responding to the Court's questions in an articulate manner and posing questions of legal heterodoxy as to the source of the Court's jurisdiction and the applicable laws.[2]  Based on its own observations of Williams' demeanor and participation in the hearing, the Court concurs with the evaluation's unrebutted findings and concludes that Williams is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial.  It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

---

[1] The Court inquired as to Williams' desire to represent himself in this matter, but the right was not invoked.

[2] The Court notes that Williams has repeatedly used language and adopted arguments commonly associated with the "sovereign citizen" theory.  This interpretation of law and government has been consistently rejected by the federal courts as an utterly frivolous attempt to avoid the statutes, rules, and regulations that apply to *all* litigants, regardless of how they portray themselves. *See, e.g., United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting that courts routinely reject sovereign citizen legal theories as "frivolous") (citing *United States v. Benabe*, 654 F.3d 753, 761–67 (7th Cir. 2011) (recommending that sovereign citizen theories "be rejected summarily, however they are presented")); *Roach v. Arrisi*, 2016 WL 8943290 at *2 (M.D. Fla. 2016) (noting that sovereign citizen theories have not only been consistently rejected by the courts, but they have been described as "utterly frivolous," "patently ludicrous," and "a waste of . . . the court's time, which is being paid for by hard-earned tax dollars") (cite omitted).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 7th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA