# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-089 |
| | ) | |
| MICHAEL WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court defendant Michael William's Motion for Appearance Bond. Doc. 33. While Mr. Williams has filed his motion *pro se* he is represented by counsel. In this Court, "[a] party represented by counsel may not file any motion, brief, or other paper *pro se* absent prior leave of court." S.D. Ga. L.R. 11.3. "In a criminal case, a defendant represented by counsel may file *pro se* a motion for the appointment of new counsel or a motion to proceed *pro se*." *Id.* citing S.D. Ga. L.R. 44.2. Since this is a criminal case, and defendant has filed neither a motion for the appointment of new counsel or a motion to proceed *pro se* and because Mr. Williams is represented by counsel, his motion is **DISMISSED AS MOOT**.

**SO ORDERED,** this 30th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA