# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR419-089 |
| | ) | |
| MICHAEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is defendant's Motion for Bond, doc. 57, Motion to Suppress, doc. 58, Motion to Dismiss, doc. 59[1]. These motions are scheduled for a hearing on Thursday January 30, 2020 at 1:30pm.

The Court anticipates that all parties will be prepared to argue these motions in full. Defendant should not anticipate relying on the papers as the sole support for his motions. Specifically, defendant's Motion to Dismiss merely cites 18 U.S.C. § 3161 and does not explain whether any time is otherwise excludable. The Court anticipates that defendant will

---

[1] This appears to be a rehash of defendant's previously filed Motion to Dismiss, doc. 41, which was withdrawn, doc. 44.

be able to fully support his motion via oral argument, testimony, or evidence at the hearing.

**SO ORDERED,** this <u>28th</u> day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA