IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 419-089 |
| MICHAEL WILLIAMS, | |
| Defendant. | |

### ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 97. Although nothing labeled "objections" has been filed in response thereto, two of Defendant's recent filings, dkt. nos. 111 and 112, could be liberally construed as objections. To the extent Defendant intended those filings to serve as objections to the Report and Recommendation, they are **OVERRULED**. The very thorough Report and Recommendation of the Magistrate Judge is legally and factually correct in all respects, and nothing in the Defendant's latest filings undermines it. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 4th day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA