# In the United States District Court for the Southern District of Georgia Savannah Division

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2020 MAR -5 AM 8:40 CLERK_____ SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR 419-089 |
| MICHAEL WILLIAMS | |

### ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Doc. 116. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this __5__ day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA