

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAshell at 10:47 am, Dec 31, 2020

# In the United States District Court for the Southern District of Georgia Savannah Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL WILLIAMS | 4:19-CR-89 |

**ORDER**

On March 6, 2020, a jury found Defendant Michael Williams guilty as to Count One of the indictment, i.e. possession of a firearm by a prohibited person. Dkt. No. 136. The Court sentenced Williams to 110 months' imprisonment. Dkt. No. 177. Williams filed a direct appeal and is currently represented by attorney Dennis O'Brien, Jr., who was appointed under the Criminal Justice Act. See United States of America v. Williams, No. 20-13516 (11th Cir. Sept. 17, 2020).

Before the Court is Williams' pro se "Memorandum of Law in Support of (JOA) Judgment of Acquittal pursuit [sic] to Fed. R. Crim. P. 29 Motion to Correct a Defect in Subject Matter Jurisdiction, Excusable Neglect Under Fed. R. Crim. P. 45(b)(1)." Dkt. No. 196. Local Rule 44.2 precludes the filing of motions by a defendant who is represented by counsel. See S.D. Ga. LR 44.2 ("Absent prior leave of Court, a defendant represented by counsel may not file a motion, brief, or other paper pro se, except for a

motion for the appointment of new counsel or a motion to proceed pro se."). Accordingly, Williams' motion is **DISMISSED**.

**SO ORDERED**, this 31st day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA